**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
*ELECTRONICALLY FILED*

| | |
|---|---|
| STEPHEN L. CUPP, et al. )<br>)<br>PLAINTIFFS, )<br>)<br>) **CIVIL ACTION NO. 4:10-CV-68-M**<br>v. )<br>)<br>SHELTRA MOTORSPORTS, LLC and )<br>SHELTRA & SON CONSTRUCTION CO., INC., )<br>)<br>DEFENDANTS. )<br>) | |

**DEFENDANTS' NOTICE OF SERVICE OF INITIAL CR 26 DISCLOSURES**

Come the Defendants, by counsel, and hereby provide notice of their service of the Defendants' initial CR 26 Disclosures upon the Plaintiffs in this action via their counsel of record this 19th day of November 2010.

Respectfully submitted,

  /s/  Charles W. Miller
Charles W. Miller
Rheanne D. Falkner
**MILLER & FALKNER**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY  40202
(502) 583-2300

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 19TH day of November 2010.  Notice of this filing will be sent electronically through the Court's electronic filing system to the following:

Mark K. Gray, Esq.
Matthew L. White, Esq.
Doris A. Kim, Esq.
**FRANKLIN GRAY & WHITE**

505 West Ormsby Avenue
Louisville, KY  40203

Richard J. Burch, Esq.
**BRUCKNER BURCH PLLC**
1415 Louisiana Street, Suite 2125
Houston, TX  77002


    /s/   Charles W. Miller
Charles W. Miller